Mark D. Perison, Bar No. 4804
Tricia K. Soper, Bar No. 5750
MARK D. PERISON, P.A.
314 S. 9th Street, Suite 300
P. O. Box 6575
Boise, Idaho  83707-6575
Telephone:   (208) 331-1200
Fax:          (208) 343-5838
mark@markperison.com
tricia@markperison.com

Attorneys for Secured Creditor
City of Boise

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 21-00630-NGH |
| KATIE MARIE HOSKINS, | Chapter 7 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Mark D. Perison of the firm Mark D. Perison, P.A., and hereby gives notice of the entry of his appearance as attorney of record for and on behalf of the City of Boise, a party in interest in the above-referenced bankruptcy proceeding, for all purposes and any further proceeding herein.

REQUEST IS HEREBY MADE that copies of any and all notices, pleadings, papers, or other documents affecting said proceedings in any manner whatsoever, be served upon said counsel.

MARK D. PERISON, P.A.

DATED: October 18, 2021.     By: _____/s/ Mark D. Perison_____
Mark D. Perison – of the Firm
Attorney for Secured Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| Holly Roark | Patrick Geile | U.S. Trustee |
|---|---|---|
| *Debtor's Attorney* | *Bankruptcy Trustee* | *U.S. Trustee* |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF  Registered Participants by U.S. Mail, Postage Prepaid:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  23541

_____/s/ Mark D. Perison_____
Mark D. Perison