**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Katie Marie Hoskins ) | Case Number:  21−00630−NGH |
| 3662 N Pepperwood Dr ) | |
| Boise, ID 83704 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: xxx−xx−5315 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

**NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS**

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has notified the court that payment of a dividend to creditors appears possible.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address below on or before 90 days from the date of this notice.

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a copy of the claim (along with the original), and a stamped self−addressed envelope.

There is no fee for filing the proof of claim.

*Any creditor who has previously filed a proof of claim in this case need not file another claim.*

NOTICE IS FURTHER GIVEN THAT:

The trustee may need to pay necessary administrative expenses of the bankruptcy estate. If an expense does not exceed $1,000, the trustee may pay the expense without obtaining a court order in advance. If you object to this procedure, then you must file an objection with the Bankruptcy Court within 14 days from the date of this notice.

Dated: 11/8/21                                                                                  Stephen W Kenyon
                                                                                                          Clerk, U.S. Bankruptcy Court

Address of the Bankruptcy Court:
U.S. Bankruptcy Court, Suite 400
550 West Fort Street
Boise, ID 83724