# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−1 | User: admin | Date Created: 11/8/2021 |
| Case: 21−00630−NGH | Form ID: ntcasset | Total: 27 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| tr | Patrick John Geile | pgeile@foleyfreeman.com |
| aty | Holly Roark | holly@roarklawboise.com |
| aty | Patrick John Geile | pgeile@foleyfreeman.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Katie Marie Hoskins | 3662 N Pepperwood Dr    Boise, ID 83704 |
| 5224191 | Action Collection Service | Attn: Bankruptcy    PO Box 5425    Boise, ID 83705 |
| 5224192 | Advantage Financial Services | Attn: Bankruptcy    10 S Cole Rd    Boise, ID 83709 |
| 5224193 | Boisectyhs | Pob 500    Boise, ID 83701 |
| 5224194 | Bonneville Collections | PO Box 150621    Ogden, UT 84415 |
| 5224195 | Capital One Auto Finance | Attn: Bankruptcy    PO Box 30285    Salt Lake City, UT 84130 |
| 5224196 | Carsen Pennington | c/o Robert Ronald Shepherd    Shep Law Group    1990 N. Meridian Road    Meridian, ID 83646 |
| 5224197 | Coast Professional, Inc. | PO Box 2876    West Monroe, LA 71294−9945 |
| 5224198 | Conduent/ACS | Attn: Bankruptcy    PO Box 7051    Utica, NY 13504 |
| 5224199 | Convergent Outsoursing, Inc. | 800 SW 39th St.    PO Box 9004    Renton, WA 98057 |
| 5224200 | Dynamic Recovery Solutions, LLC | 135 Interstate Blvd.    Greenville, SC 29615 |
| 5224201 | Idaho Housing Agency | Attn: Bankruptcy    Po Box 7899    Boise, ID 83707 |
| 5224202 | Jefferson Capital Systems, LLC | Attn: Bankruptcy    16 McLeland Road    Saint Cloud, MN 56303 |
| 5224203 | Manoukian & Associates | 1560 The Midway Street    Glendale, CA 91208 |
| 5224306 | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| 5224204 | Portfolio Recovery Associates, LLC | Attn: Bankruptcy    120 Corporate Boulevard    Norfolk, VA 23502 |
| 5224205 | Sprint | PO Box 629023    El Dorado Hills, CA 95762−9023 |
| 5224206 | Synchrony Bank/Care Credit | Attn: Bankruptcy Dept    PO Box 965064    Orlando, FL 32896 |
| 5224207 | The City Of Boise | Pob 500    Boise, ID 83701 |
| 5224208 | Toyota Financial Services | Attn: Bankruptcy    PO Box 8026    Cedar Rapids, IA 52409 |
| 5224209 | U.S. Department of Education | ECMC/Attn: Bankruptcy    PO Box 16408    Saint Paul, MN 55116 |
| 5224210 | US SBA | PO Box 3918    Portland, OR 97208−3918 |
| 5224211 | Westcreek Fi | Attn: Bankruptcy    Po Box 5518    Glen Allen, VA 23058 |

TOTAL: 23